UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Walter Ortega Cochancela,

                               Petitioner,

-against-

Judith Almodovar, Acting Director of the New York City Field Office of Immigration and Customs Enforcement; Kristi Noem, Secretary of the Department of Homeland Security; Pamela Bondi, Attorney General, in their official capacities,

                               Respondents.

25-cv-7448 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

       Based on the allegations in the petition, there is no jurisdiction in this District. *See Rumsfeld v. Padilla*, 542 U.S. 426, 428 (2004); *Khalil v. Joyce*, 771 F. Supp. 3d 268, 273 (S.D.N.Y. 2025). Petitioner claims he is detained in Batavia, New York and that Immigrations and Customs Enforcement "declared that they intend to transfer him immediately to a remote detention facility in Texas, far beyond the reach of his family, and attorneys." Dkt. 1 ¶ 26. In the interest of justice, the Court hereby transfers this case to the *Western* District of New York. *See Ozturk v. Trump*, 777 F. Supp. 3d 26, 42–43 (D. Mass. 2025); 28 U.S.C. § 1631. Once transferred, "the action or appeal shall proceed as if it had been filed in or noticed for the court to which it is transferred on the date upon which it was actually filed in or noticed for the court from which it is transferred." 28 U.S.C. § 1631; *see* 28 U.S.C. § 1406.

    The Clerk of Court is directed to transfer this case to the United States District Court for the Western District of New York and to close this case in this district.

       SO ORDERED.

Dated: September 15, 2025
        New York, New York

                                                   ARUN SUBRAMANIAN
                                                   United States District Judge